**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Mark B. Feick, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR BRIEFING** |
| | ) | |
| vs. | ) | |
| | ) | |
| Sivalls, Inc., | ) | |
| | ) | Case No. 1:12-cv-107 |
| Defendant. | ) | |

On January 14, 2014, the court held the final pretrial conference in the above-captioned case. Among the issues discussed was plaintiff's intent to depose Sivalls employee Stephanie Latimer before trial and defendant's objection to the deposition.  If the parties wish to submit additional briefing on the issue, they shall do so by January 15, 2014.

**IT IS SO ORDERED.**

Dated this 14th day of January, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court