**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Mark B. Feick, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Sivalls, Inc., | ) | Case No. 1:12-cv-107 |
| | ) | |
| Defendant. | ) | |

Before the court is a Stipulation for Dismissal filed by the parties on March 25, 2014. The court **ADOPTS** (Doc. No. 51) the parties stipulation and **ORDERS** that the above-entitled action be dismissed with prejudice and without costs to any party.

**IT IS SO ORDERED.**

Dated this 26th day of March, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court